# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LARRY BENTLEY**                                                                                    **PETITIONER**

**v.**                                    **CASE NO. 2:22-CV-00032-BSM**

**MICHAEL CARVAJAL,** *Director*
*of Federal Bureau of Prisons ("BOP")*                                              **RESPONDENT**

## <u>ORDER</u>

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's

findings and recommendation [Doc. No. 14] are adopted, and Larry Bentley's petition [Doc.

No. 1] is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE