# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LARRY BENTLEY**                                                                                 **PETITIONER**

v.                              **CASE NO. 2:22-CV-00032-BSM**

**MICHAEL CARVAJAL,** *Director*
*of Federal Bureau of Prisons ("BOP")*                                      **RESPONDENT**

## ORDER

Larry Bentley's motion for reconsideration [Doc. No. 19] is granted. Now that I have considered Bentley's objections to Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 14], the rd is adopted, and Larry Bentley's petition [Doc. No. 1] is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE